

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:19-cr-185-J-39 JBT
21 U.S.C. § 841(a)(1)

KAITLYN NICOLE STERN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 18, 2019, in the Middle District of Florida, and elsewhere, the defendant,

KAITLYN NICOLE STERN,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant, KAITLYN NICOLE STERN, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
LAURA COFER TAYLOR
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
10/23/19 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### KAITLYN NICOLE STERN

## INDICTMENT

Violations:

    Count 1:    21 U.S.C. § 841(a)(1) and 841(b)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this 24th day

of October, 2019.

_____
Clerk

Bail  $_____

GPO 863 525